## CITY OF TOLEDO, OHIO, a Municipal Corporation, Appellant, v. NORTHWESTERN OHIO NATURAL GAS COMPANY, a Corporation, Appellee.

### No. 7639.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1937.

Martin S. Dodd and J. Nathanson, both of Toledo, Ohio, for appellant.

John B. McMahon, Franklin F. Hayward, and Tyler, Wilson & Rhinefort, all of Toledo, Ohio, and Freeman T. Eagleson, of Columbus, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

In this cause the order granting an interlocutory injunction is affirmed upon

1004

the grounds and for the reasons set out in the order of the District Court entered January 14, 1937.